Docket #1122012

FILED
2012 NOV -2 PM 3: 55

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Carline M. Curry )
606 Bowman Street )
Mansfield, Ohio 44903 )
)
Plaintiff )
)
vs. )
)
Martin Berger (President) )
Invention Submission Corp. )
/ Invent Help) )
217 9th Street )
Pittsburgh, PA 15222 )
)
and )
)
Techno Systems )
217 9th Street )
Pittsburgh, PA 15222 ) Civil Action No: _____
)
and ) Judge  JUDGE POLSTER
)
) MAG.  MAG. JUDGE McHARGH
)
Mr. Douglas MacKenzie )
P.O. Box 1295 )
Mt. View CA 94042 )
)
and )
)
IntroMark )
217 9th Street )
Pittsburgh, PA 15222 )

1:12cv2745

1

**Docket #1122012**

    and

Universal finance Corp )
Retail Installment Contract )
Defendants )
    )
   All team members to I.S.C. )
   / Invent Help. )

## COMPLAINT ENDORSED WITH JURY DEMAND

**Plaintiff Carline M. Curry**; through Counsel (Pro Se) until Council is obtained state the following as my complaint against Invention Submission Corp.; Invent Help; Technosystems; Intromark; Douglas MacKenzie and Universal Finance Corporation the mentioned entities working as a team were negligent and incompetent in processing my patent;

  I am motioning the court to evaluate and acknowledge the misconduct of this team and require them to pay damages and process my patent. A previous patent search was performed and there were no products on the market (Windfall Marketing), Mr. Mackenzie, the patent attorney was hired by I.S.C. they were negligent in processing my Patent.

### 1. JURISDICTION

1. Cost and attorney fees may be awarded pursuant to federal law. I am requesting fees be refunded or paid by I.S.C. if the jury or Magistrate find them negligent and guilty in not processing my patent application and providing me a good faith effort to get my product on the market.

2. The action that gave rise to this Complaint occurred in Richland County, Mansfield, Ohio residence of Plaintiff; Pittsburgh PA location of I.S.C. / Invent Headquarters; and Columbus, Ohio subdivision of I.S.C. located in Columbus, Ohio

2

**Docket #1122012**

3. Specific laws and regulations will be sighted at a future date and time (Breach of Contract; loss opportunity; suffering and pain; and lost profits.

## II PARTIES

1. Carline Curry is a citizen and resident of Richland County; Mansfield, Ohio; and reside at 606 Bowman Street; Mansfield, Ohio 44903

2. Defendants Invention Submission Corporation/ Invent help and team members were all Hired from 217 th 9th Street; Pittsburgh; PA (Techno Systems parent company to I.S.C. Intromark; Universal Finance and Mr. Douglas MacKenzie private patent attorney; I never met Mr. MacKenzie.

## III BACKGROUND

According to agents at Invention Submission Corporation it shouldn't have taken more than two years to obtain a patent; There is a battery operated fan on the market now with D-Cell batteries And better battery technology has been developed.

## NEGLIGENT PATENT PROCESSING

## IV PRAYER FOR RELIEF

The wrongful action of Defendants caused Injury to Plaintiff in the form of financial hardship; emotional stress; lost opportunities; loss profits and benefits with pain and suffering and extra cost corresponding with defendants.

Docket #1122012

**Therefore:** Plaintiff prays that this court enter judgment in Plaintiffs favor and order the following;

A: Compensatory and Punitive damages of 50 Million for the first ten years of lost profits and 50 million for lost profits If my patent is not processed. This product was patentable because there is a battery operated fan on the market with D-Cell batteries.

### Jury Demand

Plaintiff herby requests that the complaint be served on Defendants and a stay be granted until I obtain an attorney to represent me; by Jury trial unless the Magistrate rules in favor of summary judgment; I am and have been experiencing financial a financial hardship and pray that the court system is just and fair and rule in favor of Plaintiff Curry. I am only submitting one complaint which should be served on Invention Submission Corporation/ Invent Help; and they correspond with their team member.

IN GOD I TRUST

Respectfully Submitted

Carline Curry  11-2-2012

(Pro Se) until council obtained

606 Bowman Street
Mansfield, Ohio 44903

567-274-9130

cc; Department of Justice; Attorney Eric Holder
President Barack O'Bama, The White House