**RECEIVED**

JUN 17 2013

**DEBORAH S. HUNT, Clerk**

Docket #6142013

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT COURT
100 EAST FIFTH STREET ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Office of the Clerk

On May 23, 2013 the following documents were submitted to the court; they stated RE: Case Reinstated; Pauper Status Approved; Extension of time to file documents and request for a Stay until and Attorney is obtained; the document should of also stated Notice of Appeal.

Re: Please except these documents as my notice of Appeal; with Pro Se Filing until an attorney is obtained; and I would like to motion the court for a 30 day extension of time to file documents due to my indigent status and that I be granted Informa Pauperis Status. I would like to file for a Stay until an Attorney is obtained. I have submitted several financial Affidavits; if another one is needed please forward me a copy.

Thank you for your time and consideration

Sincerely
*Carline Curry* 6-13-13
Carline Curry

Carline Curry
606 Bowman Street
Mansfield, Ohio 44903
567-274-9130

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

**Case No: 1:12 CV 02745 DAP Curry V. I.S.C. Berger, et AL Northern District of Ohio**

**RE: Case Reinstated; Pauper Status approved; Extension of Time to file documents requested and Stay until Attorney is obtained.**

Office of the Clerk

I Carline Curry wish to object and motion to the court. I object that the Northern District Court Of Ohio has stated that my case has been closed and I am motioning the court to reinstate my Case; and provide pauper Status due to my financial Indigency. I paid the fee and requested a Trial by Jury. Once my case is reinstated I am motioning the court for a stay until an attorney is Obtained and a extension of time of 60 days to file all court related materials due to Indigency And my financial status. There also appears to be a problem with the Northern District Office Receiving and filing attached documents when they are submitted. I do not have extra money to Keep having to send duplicate information to the court. Due to my financial situation the court Should provide Pauper Status. I have submitted several financial affidavits to the court.

Thank you for your time and consideration.

Respectfully Submitted
Sincerely,

*Carline Curry* 5-2/13

Carline Curry

cc: President of Company; Invention Submission; 217 th 9th street; Pittsburgh PA 15222